**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-1728**

---

TYRONE D. MURRY,

Plaintiff – Appellant,

v.

JACOBS TECHNOLOGY INC.; AT&T GOVERNMENT SOLUTIONS, INC.,
Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:10-cv-00771-NCT-JEP)

---

Submitted:  April 24, 2014            Decided:  April 28, 2014

---

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone D. Murry, Appellant Pro Se. James Marion Powell, Jillian McConnell White, WOMBLE, CARLYLE SANDRIDGE & RICE, Greensboro, North Carolina; William Randolph Loftis, Jr., William J. McMahon, IV, Kristine Marie Sims, CONSTANGY, BROOKS & SMITH, LLC, Winston-Salem, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone D. Murry appeals the district court's judgment entered after a jury trial on an employment discrimination claim. Murry also challenges the district court's order denying his motions to compel and requesting additional discovery. We have reviewed the record, including the transcripts, and find no abuse of discretion or reversible error. Accordingly, we affirm the judgment. Murry v. Jacobs Tech., Inc., No. 1:10-cv-00771-NCT-JEP (M.D.N.C. Apr. 5, 2012; May 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED